# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>  Defendant. | Civil Action No. 2:16-cv-00642-JRG<br><br>LEAD CASE |
|   v.<br><br>BLACKBERRY CORPORATION and<br>BLACKBERRY LIMITED,<br><br>  Defendants. | Civil Action No. 2:16-cv-00639-JRG |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. No. 269) filed by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively "Uniloc") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry"). In light of the settlement agreement between these Parties' and their corresponding joint stipulation of dismissal, it is hereby **ORDERED** that all claims and counterclaims made by Uniloc and BlackBerry against each other in this action are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs. The Clerk is directed to **CLOSE** member case 2:16-cv-639.

  So ORDERED and SIGNED this 21st day of July, 2017.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE